United States District Court
For the
Northern District of Iowa
Eastern Division
_____

| | | |
|---|---|---|
| **JAMES LEE QUISTORFF** | ) | Case No. 6:14-cv-02006 |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | STIPULATED DISMISSAL PURSUANT |
| **UPPER IOWA UNIVERSITY,** | ) | TO FEDERAL RULE OF PROCEDURE |
| | ) | 41(a)(1) |
|     **Defendant.** | ) | |

_____

    **COMES NOW** the above named parties and hereby dismiss the above-captioned lawsuit with prejudice with each party to bear its own costs and fees.

    **DATED** this 18th day of March, 2015.

| | |
|---|---|
| Dismissing Party: | Defendant: |
| James Quistorff | Upper Iowa University |
| | |
| By:/s/Dale L. Putnam | By:/s/Emily Pontius |
| Dale L. Putnam | Emily Pontius |
| | |
| /s/Dale L. Putnam | /s/ Emily Pontius |
| Attorney for Plaintiff | Attorney for Defendant |